**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:08CR51-1-RLV**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **SCHEDULING ORDER** |
| | ) | |
| **MANTEL DELANCE MUBDI** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed on August 27, 2013[1], remanding this case for re-sentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for re-sentencing on **Tuesday, November 12, 2013, at 2:00 PM,** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina; and

2) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office.

Signed: September 24, 2013

Richard L. Voorhees
United States District Judge

---

[1] Mandate issued on September 18, 2013.