# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO. 5:08CR51-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **SCHEDULING ORDER** |
| ) | |
| MANTEL DELANCE MUBDI ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court on an Order of Remand, filed August 27, 2013, from the Fourth Circuit Court of Appeals for re-sentencing.

**IT IS, THEREFORE, ORDERED** that:

The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of MANTEL DELANCE MUBDI (USM# 23182-058), for re-sentencing on November 12, 2013, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than November 5, 2013, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: October 22, 2013

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge